UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cr-00226-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **MARCUS CEPHUS MASON,** | ) | |
| | ) | |
| Defendant. | ) | |

 

      **THIS MATTER** is before the court on defendant's *pro se* letter (#93).  Having considered the letter and reviewed the pleadings, the court enters the following Order.

      The letter (#93), *inter alia*, notes the numerous efforts that the defendant has taken toward self-development and education while incarcerated and includes certificates and transcripts thereto. This letter asks the court to convert the remainder of Mr. Mason's sentence from imprisonment to military service. The court cannot do so, but notes its appreciation of Mr. Mason's self-improvement efforts to date and encourages the defendant to seek out further self-development.

### ORDER

      **IT IS, THEREFORE, ORDERED** that to the extent defendant seeks relief from this Court in his *pro se* letter (#93), such relief is **DENIED.**

Signed: March 13, 2017



Max O. Cogburn Jr
United States District Judge

-1-